CHARLES S. BANNETT, Inc., et al., Appellants, v. INDEMNITY INS. CO. OF NORTH AMERICA, Appellee.

No. 5066.

Circuit Court of Appeals, Third Circuit.

July 13, 1933.

Lewis M. Stevens and William C. Schwebel, both of Philadelphia, for appellants.

Herbert A. Barton and Swartz & Campbell, all of Philadelphia, for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

BUFFINGTON, Circuit Judge.

No precedent or principle of law is involved in this case. The sole question is the construction of a written contract. In the court below such contract was elaborately discussed by the judge, who held that under it the appellant had no valid counterclaim against the plaintiff and judgment for the latter was entered for its admitted claim. Thereupon the defendant took this appeal.

Agreeing, as we do, with the lower court's construction, and in view of the fact that the contract was exhaustively discussed and that no principle of law is involved and no precedent would be established by a further discussion of the contract in which the parties hereto are alone concerned, we limit ourselves to affirming the judgment below.

CITY NATIONAL BANK & TRUST CO. v. Frank W. BRYANT, Receiver, etc.

No. 4940.

Circuit Court of Appeals, Seventh Circuit.

Nov. 2, 1933.

Earl K. Schiek, of Chicago, Ill., for appellant.

Henry W. Wales and Frederic O. Mason, both of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On stipulation of the attorneys representing the appellant and the appellee in the above entitled case, it is hereby ordered that the appeal in said case now pending in this court be, and the same hereby is, dismissed without costs, providing costs are paid.

Walter G. CLARDY, Appellant, v. UNITED STATES of America, Appellee.

No. 3535.

Circuit Court of Appeals, Fourth Circuit.

July 21, 1933.

Workman & Simpson, of Greenville, S. C., for appellant.

C. C. Wyche, U. S. Atty., of Greenville, S. C.

PER CURIAM.

Case dismissed under rule 20, by agreement of attorneys.